**JAW LEGAL**
Jared A. Washkowitz (SBN 226211)
1050 Bishop Street #450
Honolulu, HI 96813
Telephone: (808) 840-7410
Facsimile:  (415) 520-9729
Email: jw102475@gmail.com

Attorneys for Plaintiff JIAN WU

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JIAN WU,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EAN HOLDINGS, LLC dba ALAMO RENT-A-CAR, a foreign limited liability company; ENTERPRISE HOLDINGS, INC., a foreign corporation; GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1-50,<br><br>　　　　　　Defendants. | CASE NO. CV13-0188-PSG<br><br>Courtroom: 5<br>Judge:  Paul S. Grewal<br><br>**PLAINTIFF JIAN WU'S COUNSEL'S REQUEST TO ALLOW EQUIPMENT IN COURTROOM AT TRIAL; CERTIFICATE OF SERVICE**<br><br>Action Filed:　January 14, 2013<br>Trial Date:　　February 3, 2014 |

　　The undersigned counsel for Plaintiff JIAN WU hereby requests that he be permitted to bring into court during the week of trial the following equipment:

　　(1) a projector and related equipment (wires etc.) for purpose of projecting images from his laptop onto the Court's screen; and

　　(2) a drawing board and stand with markers for purposes of writing down key points.

1

1  Dated: January 25, 2014                                   JAW LEGAL

                                                    By:  _____/s/ Jared A. Washkowitz_____
                                                              Jared A. Washkowitz
                                                              Attorneys for Plaintiff JIAN WU

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served on the following parties via ECF on January 25, 2014:

BOWMAN AND BROOKE LLP
Mark V. Berry
Anthony S. Thomas
970 West 190th Street
Suite 700
Torrance, CA 90502
Attorneys for Defendant
GENERAL MOTORS LLC
Email: Anthony.Thomas@bowmanandbrooke.com

SELMAN & BREITMAN LLP
Paul E. Stephan
6 Hutton Centre Drive, Suite 1100
Santa Ana, CA 92707-5755
Attorneys for Defendants
EAN HOLDINGS, LLC dba ALAMO RENT-A-CAR and ENTERPRISE HOLDINGS, INC. and appearing Defendant ENTERPRISE LEASING COMPANY OF ORLANDO, LLC
Email: PStephan@selmanbreitman.com

Dated: January 25, 2014                                      JAW LEGAL

                                                    By:  _____/s/ Jared A. Waskhowitz_____
                                                              Jared A. Washkowitz
                                                              Attorneys for Plaintiff JIAN WU