UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIAN WU,<br><br>            Plaintiff,<br><br>    v.<br><br>EAN HOLDINGS, LLC dba ALAMO RENT-A-CAR, et al.,<br><br>            Defendants. | Case No. 5:13-cv-00188-PSG<br><br>**ORDER RE: REQUEST THAT WITNESS DAN HARRIS TESTIFY OUT OF ORDER**<br><br>(Re: Docket No. 112 and 113) |

Before the court is a request from Plaintiff Jian Wu that witness Dan Harris be permitted to testify out of order. Wu's request is GRANTED, but only IN-PART. The court will permit the witness to testify out of order, but will not delay the proceedings on his account. If the jury is ready to be charged on Friday afternoon, the court will not delay the case so that Harris can testify the following week.

**IT IS SO ORDERED.**

Dated: January 31, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge