UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIAN WU, | Case No. 5:13-cv-00188-PSG |
| Plaintiff, | **JURY VERDICT FORM** |
| v. | |
| ENTERPRISE LEASING COMPANY OF ORLANDO LLC, | |
| Defendant. | |

1

Case No. 5:13-cv-00188-PSG
JURY VERDICT FORM

## Negligence

We answer the questions submitted to us as follows:

**1. Did Enterprise Leasing Company of Orlando, LLC supply, inspect, or rent the 2011 Malibu to Sally Yuan on September 10, 2011?**

    Yes_____    No_____

If your answer to question 1 is yes, then answer question 2.  If you answered no, answer no more questions on this page and go to page 3 (Negligent Failure to Warn).

**2. Was Enterprise Leasing Company of Orlando, LLC negligent in supplying, inspecting, or renting the 2011 Malibu to Sally Yuan on September 10, 2011?**

    Yes_____    No_____

If your answer to question 2 is yes, then answer question 3.  If you answered no, answer no more questions on this page and go to page 3 (Negligent Failure to Warn).

**3. Was Enterprise Leasing Company of Orlando, LLC's negligence a substantial factor in causing harm to Mr. Wu?**

    Yes_____    No_____

If your answer to question 3 is yes, then answer question 4.  If you answered no, answer no more questions on this page and go to page 3 (Negligent Failure to Warn).

**4. Was Mr. Wu negligent?**

    Yes_____    No_____

If your answer to question 4 is yes, then answer question 5.  If you answered no, go to question 6 and insert the number 100 next to Enterprise Leasing Company of Orlando, LLC's name and the number zero next to Mr. Wu's name.

**5. Was Mr. Wu's negligence a substantial factor in causing his harm?**

    Yes_____    No_____

If your answer to question 5 is yes, then answer question 6.  If you answered no, go to question 6 and insert the number 100 next to Enterprise Leasing Company of Orlando, LLC's name and the number zero next to Mr. Wu's name.

**6.  What percentage of responsibility for Mr. Wu's harm do you assign to:**

Enterprise Leasing Company of Orlando, LLC: _____%

                       JIAN WU: _____%

                       TOTAL:    100 %

Go to page 3 (Negligent Failure to Warn).

Case No. 5:13-cv-00188-PSG
JURY VERDICT FORM

**Negligent Failure to Warn**

We answer the questions submitted to us as follows:

**1. Did Enterprise Leasing Company of Orlando, LLC distribute the 2011 Malibu?**

   Yes_____   No_____

If you answer to question 1 is yes, then answer question 2.  If you answered no, answer no more questions on this page and go to page 4 (Negligent Infliction of Emotional Distress).

**2. Did Enterprise Leasing Company of Orlando, LLC know or should reasonably have known that the 2011 Malibu was dangerous or was likely to be dangerous when used or misused in a reasonably foreseeable manner?**

   Yes_____   No_____

If your answer to question 2 is yes, then answer question 3.  If you answered no, answer no more questions on this page and go to page 4 (Negligent Infliction of Emotional Distress).

**3. Did Enterprise Leasing Company of Orlando, LLC know or should it reasonably have known that users would not realize the danger?**

   Yes_____   No_____

If your answer to question 3 is yes, then answer question 4.  If you answered no, answer no more questions on this page and go to page 4 (Negligent Infliction of Emotional Distress).

**4. Did Enterprise Leasing Company of Orlando, LLC fail to adequately warn of the danger on instruct on the safe use of the 2011 Malibu?**

   Yes_____   No_____

If your answer to question 4 is yes, then answer question 5.  If you answered no, answer no more questions on this page and go to page 4 (Negligent Infliction of Emotional Distress).

**5. Would a reasonable distributor under the same or similar circumstances have warned of the danger or instructed on the safe use of the 2011 Malibu.**

   Yes_____   No_____

If your answer to question 5 is yes, then answer question 6.  If you answered no, answer no more questions on this page and go to page 4 (Negligent Infliction of Emotional Distress).

**6. Was Enterprise Leasing Company of Orlando, LLC's failure to warn a substantial factor in causing harm to Mr. Wu?**

   Yes_____   No_____

Go to page 4 (Negligent Infliction of Emotional Distress).

3

Case No. 5:13-cv-00188-PSG
JURY VERDICT FORM

### Negligent Infliction of Emotional Distress

We answer the questions submitted to us as follows:

**1. Was Enterprise Leasing Company of Orlando, LLC negligent?**

    Yes_____     No_____

If your answer to question 1 is yes, then answer question 2. If you answered no, answer no more questions on this page and go to page 5 (Damages).

**2. Did Mr. Wu suffer serious emotional distress?**

    Yes_____     No_____

If your answer to question 2 is yes, then answer question 3. If you answered no, answer no more questions on this page and go to page 5 (Damages).

**3. Was Enterprise Leasing Company of Orlando, LLC's negligence a substantial factor in causing Mr. Wu's serious emotional distress?**

    Yes_____     No_____

If your answer to question 3 is yes, then answer question 4. If you answered no, answer no more questions on this page and go to page 5 (Damages).

**4. Was Mr. Wu negligent?**

    Yes_____     No_____

If your answer to question 4 is yes, then answer question 5. If you answered no, go to question 6 and insert the number 100 next to Enterprise Leasing Company of Orlando, LLC's name and the number zero next to Mr. Wu's name.

**5. Was Mr. Wu's negligence a substantial factor in causing his harm?**

    Yes_____     No_____

If your answer to question 5 is yes, then answer question 6. If you answered no, go to question 6 and insert the number 100 next to Enterprise Leasing Company of Orlando, LLC's name and the number zero next to Mr. Wu's name.

**6. What percentage of responsibility for Mr. Wu's harm do you assign to:**

Enterprise Leasing Company of Orlando, LLC:  _____%

                                             JIAN WU:  _____%

                                             TOTAL:    100 %

Go to page 5 (Damages).

**Damages**

**If you answered yes to question 3 on page 2, yes to question 6 on page 3, OR yes to question 3 on page 4, complete this page. If not, go to page 6 (Signature of Presiding Juror).**

**What are Mr. Wu's total damages? Do not reduce the damages based on the fault, if any, of Mr. Wu.**

    a. Past economic loss

        (1) Medical expenses        $_____

        (2) Other past economic loss    $_____

        Total Past Economic Damages:    $_____

    b. Future economic loss

        (1) Medical expenses        $_____

        (2) Other future economic loss    $_____

        Total Future Economic Damages:    $_____

    c. Past noneconomic loss, including physical pain/mental suffering:

        $_____

    d. Future noneconomic loss, including physical pain/mental suffering:

        $_____

        TOTAL $_____

Go to page 6 (Signature of Presiding Juror).

5

Case No. 5:13-cv-00188-PSG
JURY VERDICT FORM

**<u>Signature of Presiding Juror</u>**

Signed: _____
          Presiding Juror

Dated: _____

6

Case No. 5:13-cv-00188-PSG
JURY VERDICT FORM